STATE OF NEW JERSEY v. SAAD AKMED, ETC.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ROYAL SHEPHERD.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DERRICK L. THURMAN.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH D. SCHMIDT.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. LAURA WYMAN.

June 27, 1989.

Petition for certification denied.